IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| AND | ) |
| THE STATE OF IOWA, | ) |
| AND | ) |
| THE COUNTY OF LINN, IOWA | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: C15-0061 |
| INTERSTATE POWER AND LIGHT COMPANY, | ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF ADDRESS FOR INTERVENOR PLAINTIFF SIERRA CLUB**

PLEASE TAKE NOTICE that the following attorneys are withdrawn as counsel for Intervenor Plaintiff Sierra Club in the above-captioned matter.

David Craig Bender
McGillivray Westerberg & Bender LLC
211 S Paterson street
Suite 320
Madison, WI - 53703
(608)310-3580
bender@mwbattorneys.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Intervenor Plaintiff Sierra Club:

> S. Laurie Williams
> Staff Attorney
> Sierra Club Environmental Law Program
> 1536 Wynkoop St., Ste. 200
> Denver, CO – 80202
> (303) 454-3358
> laurie.willaims@sierraclub.org
>
> Wallace L Taylor
> 118 3rd Avenue, SE
> Suite 326/Higley Bldg.
> Cedar Rapids, IA - 52401
> (319)366-2428
> wtaylorlaw@aol.com

PLEASE ALSO TAKE NOTICE that all future notifications, submissions, or communications required by the Consent Decree entered in this matter should henceforth be addressed to the following as to Intervenor Plaintiff Sierra Club:

> Director, Environmental Law Program
> Sierra Club
> 2101 Webster St., Ste 1300
> Oakland, CA – 94612
>
> and
>
> S. Laurie Williams
> Sierra Club Environmental Law Program
> 1536 Wynkoop St., Ste. 200
> Denver, CO – 80202

Dated: 23rd March, 2018

Respectfully submitted,

/s/ Laurie Williams

S. Laurie Williams
Staff Attorney
Sierra Club Environmental Law Program
1536 Wynkoop St., Ste. 200
Denver, CO – 80202
(303) 454-3358
laurie.willaims@sierraclub.org

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served either electronically through ECF or by U.S. Mail, first class postage prepaid with return receipt requested as specified in the docket and Consent Decree in this matter, this 23rd day of March, 2018, to the following:

As to the United States of America:

Jason Anthony Dunn
Chief, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
DJ# 90-5-2-1-10594

Matthew J Cole
US Attorney's Office
Northern District of Iowa
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401

Director, Air Enforcement Division
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
Mail Code 2242A
1200 Pennsylvania A venue, NW
Washington, DC 20460

Chief, Air Permitting and Compliance Branch
U.S. EPA Region VII
11201 Renner Blvd
Lenexa, KS 66219

As to the State of Iowa:

Brian Hutchins
Environmental Program Supervisor
Iowa Department of Natural Resources
7900 Hickman Rd., Suite 1
Windsor Heights, IA 50324

David S. Steward
Assistant Attorney General
Environmental Law Division
Lucas State Office Building
321 E. 12th Street, Room 018
Des Moines, IA 50319

As to the Linn County:

James Hodina
Manager, Environmental Public Health
Linn County Public Health
501 13th Street NW
Cedar Rapids, IA 52405

Lisa Epp
Linn County Attorney
Civil Division
934 2nd Street SW
Cedar Rapids, IA 52402

As to Defendant:

| | |
|---|---|
| President, Interstate Power and Light Company<br>200 1st St. SE<br>Cedar Rapids, Iowa 52401 | General Counsel, Interstate Power and Light Company<br>4902 N. Biltmore Lane<br>Madison, WI 537118 |
| Vice President, Environmental Affairs,<br>Interstate Power and Light Company<br>200 1st St. SE<br>Cedar Rapids, Iowa 52401 | Teresa K Baumann<br>Alliant Energy Corporate Services, Inc.<br>200 First Street SE<br>Box 351<br>Cedar Rapids, IA 52406-0351 |

                                                                                                           /s/ Akriti Bhargava

                                                Akriti Bhargava
                                                Litigation Assistant
                                                Sierra Club ELP
                                                2101 Webster St., 13th Floor
                                                Oakland, CA 94612
                                                Phone: (415) 977-5629
                                                Fax: (510) 208-3140
                                                akriti.bhargava@sierraclub.org

Dated: 23rd March, 2018